IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHOEBE CALDWELL                                                                                   PLAINTIFF

v.                                          No. 4:11CV00431 JLH

EARNEST SWEAT, *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE